**UNITED STATES of America,
Appellee.**

v.

**Francisco VELASQUEZ, also known
as Cisco, also known as Angel
Paez–Alvaro, Appellant.**

No. 12–3348.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 10, 2013.

Filed: June 14, 2013.

Clay Fowlkes, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Byron Cole Rhodes, Hot Springs, AR, for Appellant.

Francisco Velasquez, Pollock, LA, pro se.

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Francisco Velasquez pleaded guilty to conspiring to distribute methamphetamine, *see* 21 U.S.C. §§ 841(a)(1), 846, and the district court[1] sentenced him to 198 months' imprisonment. He contends, first of all, without elaboration, that his sentence is unconstitutional and "asks that the entire record be reviewed" to determine if any error occurred in "the conviction and sentencing process." Treating this part of Mr. Velasquez's brief as an *Anders* brief, *see Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), we have undertaken an independent review pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have discovered no non-frivolous issues for appeal.

Mr. Velasquez also maintains, again without elaboration, that he was denied his Sixth–Amendment right to effective assistance of counsel in the district court, *see Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). But we do not entertain such claims on direct appeal of a conviction unless a record supporting those claims has been made in the district court or "the result would otherwise be a plain miscarriage of justice." *See United States v. Hernandez*, 281 F.3d 746 (8th Cir.2002). Neither exception applies in this case.

Affirmed.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.